IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION


ROBERT MOORE, JR.,                      :

      Plaintiff,                        :

vs.                                     :         CIVIL ACTION 07-0667-KD-C

MARENGO COUNTY DETENTION     :
CENTER, et al.,

      Defendants.                       :


<u>ORDER</u>


      After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and there having been no objections filed, the Report and

Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is

ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby

dismissed without prejudice.

      DONE this <u>11th</u> day of January 2008.

<u>/s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**
